# EXHIBIT F

| US9454777B2 | Quest Software Inc. ("The accused instrumentality") |
|---|---|
| 1. A method to use feedback in a system implemented by a computing device, comprising: | The accused instrumentality practices a method to use feedback in a system implemented by a computing device (e.g., generating a real time session report along with feedback by server of the accused instrumentality).<br><br><br><br>## Where Next Meets Now<br><br>At Quest, we create and manage the software that makes the benefits of new technology real while empowering users and data, streamlining IT operations and hardening cybersecurity from the inside out. Companies turn to us to manage, modernize and secure their business, from on-prem to in-cloud, from the heart of the network to the vulnerable endpoints.<br><br>We help you conquer your next challenge with confidence and achieve true IT resilience — because next is here now.<br><br>Contact Us<br><br>https://www.quest.com/<br><br>As shown below, the accused instrumentality uses logRocket to detect and capture rage click sessions, trigger real time feedback, generate and send session event report along with feedback from user's device. |



Source: Fiddler packet capture

The screen shot below shows that the Quest website uses LogRocket to detect Mouse Events including Rage Clicks.



Source: Fiddler packet capture



[https://logrocket.com/](https://logrocket.com/)



https://logrocket.com/



## LogRocket Features

### What are the features of LogRocket?

**Administration**

✅ API / Integrations        ✅ Performance and Reliability        ✅ User, Role, and Access Management

**User Behavior**

✅ Click Tracking        ✅ Eye Tracking        ✅ Mouse Movement
✅ Frustration Tracking

**A/B Testing**

✅ Error and Bug Tracking        ✅ Data Analysis

**Visitor Information**

✅ User Identification        ✅ Search Box

**Bug Reporting**

✅ User Reports & Feedback

**Bug Monitoring**

✅ Analytics        ✅ Bug History        ✅ Data Retention

https://www.g2.com/products/logrocket/features

LogRocket Feedback allows you to quickly get ratings and feedback directly from your end users without any additional instrumentation. This is purchasable as an add-on on top of your base contract. You can trial and purchase within the dashboard.

## Overview

Navigate to the Feedback tab within your dashboard.

Here, you can set up different surveys and view responses that your users have submitted. To get started, click '+ Add Survey' in the top righthand corner.

This will open up the survey creation pane. First, give your survey a name. Then, you can define targets using LogRocket filters to define when you want this survey to appear for your users as well as the survey type and location it will appear for your end users.



https://docs.logrocket.com/docs/feedback



https://docs.logrocket.com/docs/feedback

## Reviewing Submissions

To review user submissions for each survey, just click the survey name to be taken to a list of all user feedback. You'll see a rating (if applicable), any text entered in the input box, and a link to the exact LogRocket session in which the feedback was submitted.

**session report along with the feedback**

| User ID | Feedback | Session | Submission Date |
|---------|----------|---------|-----------------|
| Anonymous User | Please add more cool features | ▶ June 12, 12:53am EDT<br>64 EVENTS • 0:27:29 | June 12, 12:53am EDT |
| Sarah Carter | Please add more cool features | ▶ June 11, 3:29pm EDT<br>213 EVENTS • 0:20:20 | June 11, 3:29pm EDT |
| Anonymous User | this feature is really useful but could load faster | ▶ June 11, 11:10am EDT<br>251 EVENTS • 0:22:35 | June 11, 11:10am EDT |

You have the option to export a list of submissions as a CSV by clicking the icon in the upper right corner.

https://docs.logrocket.com/docs/feedback

| | |
|---|---|
| receiving, by the computing device, a frustration event package comprising a user frustration event indicator and an associated event indicator that indicates a | The accused instrumentality practices receiving, by the computing device (e.g., a server of the accused instrumentality), a frustration event package (e.g., session event report) comprising a user frustration event indicator (e.g., an indicator which designates that the received event is a rage click) and an associated event indicator (e.g., an indicator to show captured session replays, click maps, heat maps, etc. for rage clicks) that indicates a level and a type of user frustration associated with a user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking), wherein the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) is associated with a device event (e.g., detecting and capturing sessions related to rage clicks) that includes an active operation of a device (e.g., active operation of the accused instrumentality) at a time when the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) occurred.<br><br>As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the |

| | |
|---|---|
| level and a type of user frustration associated with a user frustration event, wherein the user frustration event is associated with a device event that includes an active operation of a device at a time when the user frustration event occurred; | session events of rage clicks in the form of session replay videos, click maps, heat maps, etc. and generates a real-time session event report which along with the feedback and further transmitted to the teams of the accused instrumentality to analyze and resolve the issues and improve their services.  https://logrocket.com/ |



https://docs.logrocket.com/docs/data-collected

## User Experience Analytics

Increase engagement and improve the design of your apps

- Use heatmaps, clickmaps, and scroll maps to optimize page layouts

- Surface and quantify how user frustrations like rage clicks and dead clicks hurt product adoption and conversion

Learn more →



https://logrocket.com/features



# Rage clicks and dead clicks

Automatically surface dead clicks and rage clicks that hamper the user experience. Drill down to watch individual user sessions and uncover the root cause of frustration.

Learn more →

https://logrocket.com/features/ux-analytics

**FEATURE**

# Session Replay

- Reproduce every issue with a pixel-perfect replay

- Search for sessions by user to quickly resolve support tickets and user reported issues

Make better product decisions by watching real users interact with your web and mobile apps.

https://logrocket.com/features/session-replay

## Session Playback View

LogRocket provides clickmaps and heatmaps as part of session replay. These show you the parts of your page that your users are clicking on most frequently.

To view the click map or heat map for a specific page, you should be in the session playback part of the application. Find the page whose click map you would like to view and pause the playback. In the top-right corner, click the **Heatmap** tab.



From here, you can select the type of click map you would like to view by clicking on the **Most Clicked Elements** dropdown. LogRocket offers the ability to view click maps for most clicked elements, as well as most rage-clicked and most dead-clicked.

You will see an overlay showing the most clicked, rage-clicked, or dead-clicked elements on the page.

https://docs.logrocket.com/docs/click-maps

## Heatmaps & Click Maps

See how users interact with your app. Know where activity is highest (or lowest) and which elements users click and how often. Observe activity by URL or by user.

Learn more →

## Scrollmaps

Learn where and why users stop scrolling so you can best position your important content and features to make sure users see the information you want them to.

Learn more →

https://logrocket.com/features/ux-analytics



https://docs.logrocket.com/docs/click-maps



https://docs.logrocket.com/docs/click-maps

| | |
|---|---|
| determining, by the computing device, feedback based at least in part on the user frustration | The accused instrumentality practices a method of determining, by the computing device (e.g., a server of the accused instrumentality), feedback based at least in part on the user frustration event indicator (e.g., an indicator which designates that the received event is a rage click) and the associated event indicator (e.g., an indicator to show captured session replays, click maps, heat maps, etc. for rage clicks).

As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, click maps, heat maps, etc. and generates a real- |

| event indicator and the associated event indicator; and | time session event report along with the feedback and further transmitted to the teams of the accused instrumentality to analyze and resolve the issues and improve their services.  https://logrocket.com/ |



https://docs.logrocket.com/docs/data-collected

## User Experience Analytics

Increase engagement and improve the design of your apps

- Use heatmaps, clickmaps, and scroll maps to optimize page layouts

- Surface and quantify how user frustrations like rage clicks and dead clicks hurt product adoption and conversion

Learn more →



https://logrocket.com/features



# Rage clicks and dead clicks

Automatically surface dead clicks and rage clicks that hamper the user experience. Drill down to watch individual user sessions and uncover the root cause of frustration.

Learn more →

https://logrocket.com/features/ux-analytics

**FEATURE**

# Session Replay

- Reproduce every issue with a pixel-perfect replay

- Search for sessions by user to quickly resolve support tickets and user reported issues

Make better product decisions by watching real users interact with your web and mobile apps.

https://logrocket.com/features/session-replay

## Session Playback View

LogRocket provides clickmaps and heatmaps as part of session replay. These show you the parts of your page that your users are clicking on most frequently.

To view the click map or heat map for a specific page, you should be in the session playback part of the application. Find the page whose click map you would like to view and pause the playback. In the top-right corner, click the **Heatmap** tab.



From here, you can select the type of click map you would like to view by clicking on the **Most Clicked Elements** dropdown. LogRocket offers the ability to view click maps for most clicked elements, as well as most rage-clicked and most dead-clicked.

You will see an overlay showing the most clicked, rage-clicked, or dead-clicked elements on the page.

https://docs.logrocket.com/docs/click-maps

# Heatmaps & Click Maps

See how users interact with your app. Know where activity is highest (or lowest) and which elements users click and how often. Observe activity by URL or by user.

Learn more →

# Scrollmaps

Learn where and why users stop scrolling so you can best position your important content and features to make sure users see the information you want them to.

Learn more →

https://logrocket.com/features/ux-analytics



https://docs.logrocket.com/docs/click-maps



https://docs.logrocket.com/docs/click-maps

| | |
|---|---|
| implementing, by the computing device, a network action based on the determined feedback. | The accused instrumentality practices a method of implementing, by the computing device (e.g., a server of the accused instrumentality), a network action (e.g., notify/alert the respective team of the accused instrumentality regarding the session report) based on the determined feedback. |
| | As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, click maps, heat maps, etc. and generates a real- |

time session event report along with the feedback and further transmitted to the teams of the accused instrumentality to analyze and resolve the issues and improve their services.



https://logrocket.com/features

## Notifications

You can sign up to be proactively notified about new submissions to your survey. We offer the option of a daily email summary of any new submissions as well as realtime Slack notifications.

https://docs.logrocket.com/docs/feedback



https://www.youtube.com/watch?v=iV5TZpxdDuc



https://logrocket.com/solutions/bug-reproduction

## Reviewing Submissions

To review user submissions for each survey, just click the survey name to be taken to a list of all user feedback. You'll see a rating (if applicable), any text entered in the input box, and a link to the exact LogRocket session in which the feedback was submitted.

**session report along with the feedback**

| User ID | Feedback | Session | Submission Date |
|---------|----------|---------|-----------------|
| Anonymous User | Please add more cool features | ▶ June 12, 12:53am EDT<br>64 EVENTS • 0:27:29 | June 12, 12:53am EDT |
| Sarah Carter | Please add more cool features | ▶ June 11, 3:29pm EDT<br>213 EVENTS • 0:20:20 | June 11, 3:29pm EDT |
| Anonymous User | this feature is really useful but could load faster | ▶ June 11, 11:10am EDT<br>251 EVENTS • 0:22:35 | June 11, 11:10am EDT |

You have the option to export a list of submissions as a CSV by clicking the icon in the upper right corner.

https://docs.logrocket.com/docs/feedback